UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DECEMBER 1, 2015
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

WILSON BATTLEY, III

CRIMINAL

NO. 15-12-JJB-SCR

This matter came on for a hearing on Motion to Authenticate Recordings and Motion for Pre-trial Determination Regarding Authenticity (doc. nos. 36 and 38) filed by the United States and Motion to Withdraw Stipulation (doc. no. 69).

PRESENT:   Rene Irvin Salomon, Esq.
Lyman E. Thornton, III, Esq.
Assistant United States Attorney

Chester James Rothkamm, Jr., Esq.
Counsel for Defendant

Pamela Goodling is sworn and testifies behalf of the United States.

The parties present argument.

The court finds that the recordings and business records are authentic and GRANTS the Motion to Authenticate Recordings and Motion for Pretrial Determination Regarding Authenticity.

Counsel for defendant withdraws the Motion (doc. no. 69).

Stipulations are filed into the record.

The court questions the defendant regarding his marital status. The court or the bankruptcy judge will hold a hearing at a later date.

Exhibits filed under seal.

The defendant is released on the bond previously set by the Magistrate Judge.

\* \* \* \* \*

S. Thompson/Reporter