UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 15-12-JJB-EWD |
| WILSON BATTLEY | |

**O R D E R**

The court has received a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody submitted by Petitioner, Wilson Battley, III.

Petitioner is represented by counsel, therefore, only counsel for Petitioner may file documents into the record on his behalf.

It is so ordered.

Signed in Baton Rouge, Louisiana, on September 20, 2017.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**